IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                              WESTERN DIVISION
                            NO. 5:14-CR-52-FL

UNITED STATES OF AMERICA        )
                                )
          v.                    )
                                )
TERRILL SMITH                   )

                         **FINAL ORDER OF FORFEITURE**

WHEREAS, on December 10, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1), based upon the defendant pleading guilty to 21 U.S.C. § 841 and 18 U.S.C. § 924(c)(1)(A), and agreeing to the forfeiture of the property listed in the December 10, 2014 Preliminary Order of Forfeiture, to wit:

   a) $1,629.00 in U. S. currency;

   b) a Fabrique Nationale D'Arms De Gurerre, 9mm Semi-Automatic pistol, serial number 26486;

   c) a Smith & Wesson, .38 caliber revolver, serial number D935478;

   d) a Remington, 870 shotgun, serial number D961207M;

   e) a Mossberg, 20 gauge shotgun, serial number T095051; and

   f) any and all accompanying ammunition;

                                    1

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between September 8, 2015 and October 7, 2015, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject personal property described in this Court's December 10, 2014 Preliminary Order of Forfeiture;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the December 10, 2014 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Marshal Service and the Bureau of Alcohol, Tobacco, Firearms and Explosive are directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

2

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this   17th   of day   February  , 2016.

/s/ Louise W. Flanagan
_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE