UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Terrill Smith                                                      Docket No. 5:14-CR-52-1FL

## Petition for Action on Supervised Release

COMES NOW Haley Huntley, U.S. Probation Officer of the Court, presenting a petition for modification of the Judgment and Commitment Order of Terrill Smith, who, upon an earlier plea of guilty to Count 1- Possession With Intent to Distribute a Quantity of Cocaine Base (Crack) and a Quantity of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and Count 2- Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924 (c)(1)(A) and 924 (c)(1)(A)(i), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on December 10, 2014, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Terrill Smith was released from custody on July 19, 2019, at which time the term of supervised release commenced.

On January 17, 2023, the defendant's conditions of supervised release were modified to include the addition of a cognitive behavioral program. On February 28, 2023, a Violation Report was submitted to the Court advising that the defendant submitted a urine sample that tested positive for marijuana. The defendant was referred for a substance abuse assessment and continued on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 31 and August 15, 2023, the defendant submitted urine samples that tested positive for marijuana. When confronted with the positive results, the defendant admitted to smoking marijuana prior to both tests and signed an admission form. As a sanction for the continued drug use, the probation office would respectfully recommend that supervision be modified to include 30 days of curfew with Radio Frequency (RF) technology. Additionally, the defendant has been given a verbal reprimand and advised that any future noncompliance will result in a request for more punitive sanctions. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Keith W. Lawrence | /s/ Haley Huntley |
| Keith W. Lawrence | Haley Huntley |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 150 Rowan Street Suite 110 |
| | Fayetteville, NC 28301 |
| | Phone: 910-354-2533 |
| | Executed On: August 16, 2023 |

**Terrill Smith**
**Docket No. 5:14-CR-52-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __18th____ day of _____August_____, 2023, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge